**LAW OFFICE OF MICHAEL POOLE**
Michael Poole (SBN 124090)
15303 Ventura Blvd., Suite 900
Sherman Oaks, CA 91403
Telephone: (818) 892-5000
Facsimile: (818) 812-7826
Email: mpoole25@gmail.com

E-FILED 8/27/14
JS-6

Attorneys for **Plaintiff AMAL GHANNAM GUSTAFSON**

**McGLINCHEY STAFFORD**
John Calvagna (SBN 182609)
Sanford P. Shatz (SBN 127229)
Hassan Elrakabawy (SBN 248146)
8001 Irvine Center Drive, Suite 400
Irvine, California 92618
Telephone: (949) 381-5900
Facsimile: (949) 271-4040
Email: jcalvagna@mcglinchey.com
sshatz@mcglinchey.com
helrakabawy@mcglinchey.com

Attorneys for **Defendants SUNTRUST MORTGAGE, INC. and U.S. BANK N.A. AS TRUSTEE FOR BAFC 2007-4**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

AMAL GHANNAM GUSTAFSON, an individual,

Plaintiff,

v.

US BANK AS TRUSTEE FOR BAFC 2007-4; SUNTRUST MORTGAGE, INC., a Virginia Corporation; MTC FINANCIAL INC DBA TRUSTEE CORPS, a California Corporation and DOES 1 through 20 Inclusive,

Defendants.

Case No.: 14-CV-1772-PSG (SHx)

Hon. Philip S. Gutierrez

**STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** ; ORDER

State Court Case: LC101322
Action Filed: February 14, 2014
Trial Date: None Set

Plaintiff AMAL GHANNAM GUSTAFSON ("Plaintiff"), by and through his counsel of record, Michael Poole, and Defendants SUNTRUST MORTGAGE, INC. ("SunTrust") and U.S. BANK N.A. AS TRUSTEE FOR BAFC 2007-4 ("U.S.

Bank”), by and through their counsel of record, John Calvagna of McGlinchey Stafford, stipulate and agree as follows:

1. Plaintiff, SunTrust and U.S. Bank stipulate to immediately dismiss, with prejudice, the above-captioned action in its entirety as to all parties.

2. Defendant MTC FINANCIAL INC. DBA TRUSTEE CORPS (“Trustee Corps”) was previously dismissed from this action on April 15, 2014.

3. Plaintiff, SunTrust and U.S. Bank stipulate that all parties are to bear their own attorneys’ fees and costs of suit herein.

4. Plaintiff, SunTrust and U.S. Bank further stipulate that they have entered into a settlement of the above-entitled action, which conditions dismissal of this action on the satisfactory completion of specified terms that are to be performed by September 12, 2014. Accordingly, the parties respectfully request that this Court retain jurisdiction until September 12, 2014, to enforce the settlement between the parties.

///

///

5. Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer of this Stipulation, John Calvagna, attests that all other signatories listed below, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

**IT IS SO STIPULATED.**

DATED: August 25, 2014

**LAW OFFICE OF MICHAEL POOLE**

By: /s/ Michael Poole
MICHAEL POOLE
Attorneys for Plaintiff **AMAL GHANNAM GUSTAFSON**

DATED: August 25, 2014

**McGLINCHEY STAFFORD**

By: /s/ John Calvagna
JOHN CALVAGNA
SANFORD P. SHATZ
HASSAN ELRAKABAWY
Attorneys for Defendants **SUNTRUST MORTGAGE, INC. and U.S. BANK N.A. AS TRUSTEE FOR BAFC 2007-4**

**IT IS SO ORDERED.**

**DATED:** 8/26/14

**U.S. DISTRICT JUDGE**

**LAW OFFICE OF MICHAEL POOLE**
Michael Poole (SBN 124090)
15303 Ventura Blvd., Suite 900
Sherman Oaks, CA 91403
Telephone: (818) 892-5000
Facsimile: (818) 812-7826
Email: mpoole25@gmail.com

Attorneys for **Plaintiff AMAL GHANNAM GUSTAFSON**

**McGLINCHEY STAFFORD**
John Calvagna (SBN 182609)
Sanford P. Shatz (SBN 127229)
Hassan Elrakabawy (SBN 248146)
8001 Irvine Center Drive, Suite 400
Irvine, California 92618
Telephone: (949) 381-5900
Facsimile: (949) 271-4040
Email: jcalvagna@mcglinchey.com
sshatz@mcglinchey.com
helrakabawy@mcglinchey.com

Attorneys for **Defendants SUNTRUST MORTGAGE, INC. and U.S. BANK N.A. AS TRUSTEE FOR BAFC 2007-4**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| AMAL GHANNAM GUSTAFSON, an individual,<br><br>Plaintiff,<br><br>v.<br><br>US BANK AS TRUSTEE FOR BAFC 2007-4; SUNTRUST MORTGAGE, INC., a Virginia Corporation; MTC FINANCIAL INC DBA TRUSTEE CORPS, a California Corporation and DOES 1 through 20 Inclusive,<br><br>Defendants. | Case No.: 14-CV-1772-PSG (SHx)<br><br>Hon. Philip S. Gutierrez<br><br>**PROOF OF SERVICE**<br><br>State Court Case: LC101322<br>Action Filed: February 14, 2014<br>Trial Date: None Set |

# PROOF OF SERVICE

**STATE OF CALIFORNIA** )
) **ss.**
**COUNTY OF ORANGE** )

I, Marina Hegel, declare:

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 8001 Irvine Center Drive, Suite 400, Irvine, California 92618.

On August 25, 2014, I served the document(s) described as **STIPULATION FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** as follows:

☐ **BY MAIL**: As follows:

☐ **FEDERAL** – I deposited such envelope in the U.S. mail at Irvine, California, with postage thereon fully prepaid,

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's Electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF users set forth in the service list obtained from this Court. Pursuant to Electronic Filing Court Order, I hereby certify that the above documents(s) was uploaded to the website and will be posted on the website by the close of the next business day and the webmaster will give e-mail notification to all parties.

☒ **FEDERAL:** I declare that I employed in the office of a member of the State Bar of this Court at whose direction the service was made.

Executed on August 25, 2014, at Irvine, California.

Marina Hegel

**SERVICE LIST**
**United States District Court, Case No. 14-CV-1772-PSG (SHx)**
**AMAL GHANNAM GUSTAFSON v. U.S. BANK N.A., et al.**
**File # 104340.0084**

| | |
|---|---|
| Michael Poole, Esq.<br>LAW OFFICE OF MICHAEL POOLE<br>15303 Ventura Blvd., Suite 900<br>Sherman Oaks, CA 91403 | Attorneys for Plaintiff **AMAL GHANNAM GUSTAFSON**<br><br>Tel: (818) 892-5000<br>Fax: (818) 812-7826 |
| Richard J. Reynolds, Esq.<br>Fabio R. Cabezas, Esq.<br>BURKE, WILLIAMS & SORENSEN, LLP<br>1851 East First Street, Suite 1550<br>Santa Ana, CA 92705 | Attorneys for Defendant **MTC FINANCIAL INC. DBA TRUSTEE CORPS**<br><br>Tel: (949) 863-3363<br>Fax: (949) 863-3350 |